NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Judgment Creditor,<br><br> v.<br><br>Robert D'Orazio,<br><br>   Judgment Debtor,<br>and<br><br>JPMorgan Chase Bank, N.A., and its successors or assigns,<br><br>   Garnishee. | Case No.: CR-S-96-201-JCM-PAL<br><br>**MOTION TO DISMISS GARNISHMENT PROCEEDINGS AS TO JPMORGAN CHASE BANK, N.A.** |

The United States of America ("Government") by and through the United States Attorney, by the undersigned Assistant United States Attorney, and moves the Court to dismiss the garnishment proceeding filed against Robert D'Orazio, Judgment Debtor/Defendant, as to JPMORGAN CHASE BANK, N.A., without prejudice.

Dated this 10th day of March, 2020.

**IT IS SO ORDERED**.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *signature*
JAMES C. MAHAN
United States District Judge

Date: March 18, 2020

*/s/ Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney

1